### HOLCROFT and Others *v.* WRIGHT and Another.

APPEAL from the *Crawford* Common Pleas.     *Monday,*
                                    *November* 25.
*Per Curiam.*—The judgment in this case is reversed, with
costs, and the cause remanded for another trial, on the
authority of *Holcroft* v. *Halbert*, 16 Ind. 256.

*R. & H. Crawford*, for the appellants.
*W. Q. Gresham*, for the appellees.